IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CONNOR NILSON,

        Plaintiff,

    v.

HERMANSON COMPANY, LLC,

        Defendant.

Case No. 3:25-cv-01817-AR

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Armistead issued a Findings and Recommendation on February 4, 2026, in which he recommends that this Court deny Plaintiff's Motion to Remand. F&R, ECF No. 18. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF No. 20. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the

1 – ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

In addition, in reviewing the parties' additional filings pursuant to the Court's April 15, 2026 Order, *see* Order, ECF No. 29; Pl.'s Reply, ECF No. 22; Def.'s Sur-Reply, ECF No. 30, the Court finds that Defendant has established diversity of citizenship between the parties, *see Hansen v. Grp. Health Coop.*, 902 F.3d 1051, 1057 (9th Cir. 2018) ("If a district court determines at any time that less than a preponderance of the evidence supports the right of removal, it must remand the action to the state court."). Defendant submits declarations from each of its members in which each member states, under penalty of perjury, that they physically reside in a state other than Oregon and intend to reside in that state indefinitely. *See* ECF Nos. 31-57. The Court finds this is sufficient for purposes of diversity of citizenship. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n LLC is a citizen of every state of which its owners/members are citizens."); *Lew v. Moss*, 797 F.2d 747, 749–50 (9th Cir. 1986) ("A person is domiciled in a location where he or she has established a fixed habitation or abode in a particular place, and intends to remain there permanently or indefinitely." (citation modified)).

///

///

///

2 – ORDER

**CONCLUSION**

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [18].

Plaintiff's Motion to Remand [9] is DENIED.

IT IS SO ORDERED.

DATED this __31st__ day of July, 2026.

_____
AMY M. BAGGIO
United States District Judge

3 – ORDER